**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES
and JOEL HOUSEHOLTER**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>    Plaintiffs,<br><br>vs.<br><br>CONSUMERBARGAINGIVEAWAYS, LLC, an Illinois Limited Liability Company, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM, CONSUMER REVIEW NETWORK, LLC, a Delaware Limited Liability Company, dba CONSUMERREVIEWNETWORK.COM, DIRECTGIFTCARDPROMOTIONS, LLC, an Illinois Limited Liability Company, dba LAPTOPREVIEWPANEL aka LAPTOPREVIEWPANEL.COM, JEFF M. ZWEBEN, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. C-08-4856 WHA<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JEFF M. ZWEBEN ONLY** |

Plaintiffs ASIS INTERNET SERVICES and JOEL HOUSEHOLTER and Defendants CONSUMERBARGAINGIVEAWAYS, LLC, CONSUMER REVIEW NETWORK, LLC, DIRECTGIFTCARDPROMOTIONS, LLC, and JEFF M. ZWEBEN, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.  The Parties have agreed to the dismissal of the above-captioned action without

prejudice as to Defendant **JEFF M. ZWEBEN, only**, Plaintiffs and Defendants to bear their own attorneys' fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action without prejudice as to **JEFF M. ZWEBEN, ONLY**.

**SINGLETON LAW GROUP**

Dated: January 23, 2009    /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiffs, **ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET**

**KLEIN ZELMAN ROTHERMEL LLP**

Dated: January 23, 2009    /s/ Richard B. Newman
Richard B. Newman, Attorney for Defendants, **CONSUMERBARGAINGIVEAWAYS, LLC, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM, CONSUMER REVIEW NETWORK, LLC, dba CONSUMERREVIEWNETWORK.COM, DIRECTGIFTCARDPROMOTIONS, LLC, dba LAPTOPREVIEWPANEL aka LAPTOPREVIEWPANEL.COM, JEFF M. ZWEBEN**

**ORDER**

Having considered the parties Stipulation of Dismissal Without Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS INTERNET, et al., vs. CONSUMERBARGAINGIVEAWAYS, LLC., et al.</u>, Case Number C-08-4856 WHA, is dismissed without prejudice as to **JEFF ZWEBEN, ONLY**, with each party to bear their own attorneys' fees and costs.

Dated: January 28, 2009

_____
WILLIAM A. ALSUP,
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

STIPULATION OF DISMISSAL OF DEFENDANT ZWEBEN    2    C-08-4856 WHA