**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, d/b/a KNEEL AND ENGINEERING, d/b/a FOGGY.NET,

    Plaintiff,

  v.

CONSUMERBARGAINGIVEAWAYS, LLC, an Illinois Limited Liability Company, d/b/a OPINIONRESEARCHPANEL a/k/a OPINIONRESEARCHPANEL.COM, CONSUMER REVIEW NETWORK, LLC, a Delaware Limited Liability Company, d/b/a CONSUMERREVIEWNETWORK.COM, DIRECTGIFTCARDPROMOTIONS, LLC, an Illinois Limited Liability Company, d/b/a LAPTOPREVIEWPANEL, a/k/a LAPTOPREVIEWPANEL.COM, JEFF M. ZWEBEN, and DOES ONE through FIFTY, inclusive,

    Defendants.
                                           /

No. C 08-04856 WHA

**ORDER RE REQUEST FOR CONTINUANCE**

The parties have filed a stipulation to continue the hearing on defendant's motion to dismiss (and the reply brief deadline) from March 19, 2009, to March 26, 2009. No reason for the delay is given. The request for a continuance is **DENIED**, without prejudice to a further filing providing good cause for the delay.

Dated: March 2, 2009.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE