Richard B. Newman (#195191)
Klein Zelman Rothermel LLP
485 Madison Avenue - 15th floor
New York, NY 10022
Telephone: 212-935-6020
Facsimile: 212-753-8101
*Attorneys for Defendants*

Richard Idell (SBN 069033)
Idell & Seitel, LLP
465 California Street, Suite 300
San Francisco, CA 94104
Phone: (415) 986-2400
Facsimile: (415) 392-9259
*Attorneys for Defendants*

Jason K. Singleton (SBN 166170)
Richard E. Grabowski (SBN 236207)
Singleton Law Group
611 "L" Street, Suite A
Eureka, CA 95501
Phone: (707) 441-1177
Facsimile: (707) 441-1533
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>Plaintiffs,<br><br>vs.<br><br>CONSUMERBARGAINGIVEAWAYS, LLC, an Illinois Limited Liability Company, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM; CONSUMER REVIEW NETWORK, LLC, a Delaware limited liability company, dba CONSUMERREVIEWNETWORK.COM; DIRECTGIFTCARDPROMOTIONS, LLC, an Illinois limited liability company, dba LAPTOPREVIEWPANEL aka LAPTOPREVIEWPANEL.COM; JEFF M. ZWEBEN; and DOES ONE through FIFTY, | Case No. C 08-4856 WHA<br><br>**AMENDED AND FURTHER STIPULATION RE: HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(2) AND 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e) AND REQUEST FOR ORDER CONTINUING DATE FOR HEARING FOR GOOD CAUSE AND SETTING NEW DATE FOR FILING OF REPLY TO OPPOSITION, AND ORDER THEREON.**<br><br>Date: March 19, 2009<br><br>Time: 2:00 p.m.<br><br>Place: Courtroom 9 |

Case No. C 08-04856 WHA

AMENDED AND FURTHER STIPULATION RE: HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(2) AND 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e) AND REQUEST FOR ORDER CONTINUING DATE FOR HEARING FOR GOOD CAUSE AND SETTING NEW DATE FOR FILING OF REPLY TO OPPOSITION, AND ORDER THEREON.

| inclusive, | Hon. Judge William Alsup, Presiding |
| Defendants. | |

This Stipulation is entered into by and between Plaintiffs ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET (collectively "Plaintiffs"), on the one hand, and CONSUMERBARGAINGIVEAWAYS, LLC, an Illinois Limited Liability Company, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM; CONSUMER REVIEW NETWORK, LLC, a Delaware limited liability company, dba CONSUMERREVIEWNETWORK.COM; and DIRECTGIFTCARDPROMOTIONS, LLC, an Illinois limited liability company, dba LAPTOPREVIEWPANEL aka LAPTOPREVIEWPANEL.COM (collectively "Defendants"), on the other hand, pursuant to Rule 7-7(b) of the Local Rules of the United States District Court, Northern District of California.

WHEREAS, on January 15, 2009, Defendants filed a motion to dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure; and

WHEREAS, the noticed date for hearing on Defendants' motion to dismiss is March 19, 2009 at 2:00 p.m.; and

WHEREAS, Plaintiffs filed their opposition to Defendants' motion to dismiss on February 10, 2009; and

WHEREAS, the parties have not previously stipulated to continue the hearing date on Defendants' motion to dismiss; and

WHEREAS, on February 25, 2008, Plaintiffs' Counsel advised Defendants' counsel that they wish to supplement their Opposition to the Motion to Dismiss; and

WHEREAS, if approved by the Court, Plaintiffs' counsel will file their Supplemental Opposition on or before March 5, 2009; and

Case No. C 08-04856 WHA

AMENDED AND FURTHER STIPULATION RE: HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(2) AND 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e) AND REQUEST FOR ORDER CONTINUING DATE FOR HEARING FOR GOOD CAUSE AND SETTING NEW DATE FOR FILING OF REPLY TO OPPOSITION, AND ORDER THEREON.

1       WHEREAS, if approved by the Court, Defendants' counsel will file their Reply to the Opposition and Supplemental Opposition by March 12, 2009; and

3       WHEREAS, if approved by the Court, the parties have agreed to have the hearing date on Defendants' motion to dismiss continued to March 26, 2009 at 2:00 p.m. in order that Plaintiffs may file Supplemental Opposition by March 5, 2009 and Defendants shall have until March 12, 2009 to file a Reply to the Opposition and Supplemental Opposition,

7       NOW THEREFORE, the parties do agree as follows and jointly request that the Court continue the hearing date on the Motion to Dismiss to March 26, 2009 and Order that any Supplemental Opposition be filed by March 5, 2009 and that any Reply brief be filed by March 12, 2009; the Parties hereby stipulate as follows:

1. The hearing date on Defendants' motion to dismiss shall be continued to March 26, 2009 at 2:00 p.m.

2. Any Supplemental Opposition of Plaintiffs to the Motion to Dismiss be filed by March 5, 2009.

3. Any Reply of the Defendants to the Opposition or Supplemental Opposition be filed by March 12, 2009.

4. Good cause exists for the requested Order in that Plaintiffs have indicated that they would like to file a Supplemental Opposition, and would do so by March 5, 2009, and Defendants request additional time to Reply to the Opposition and Supplemental Opposition.

5. This stipulation shall be filed with the Court for an Order thereon. The Parties jointly request that the Court continue the hearing on Defendants' Motion to Dismiss to March 26, 2009 at 2:00 p.m. and Order that any Supplemental Opposition be filed by March 5, 2009 and any Reply be filed by March 12, 2009.

Case No. C 08-04856 WHA

AMENDED AND FURTHER STIPULATION RE: HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(2) AND 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e) AND REQUEST FOR ORDER CONTINUING DATE FOR HEARING FOR GOOD CAUSE AND SETTING NEW DATE FOR FILING OF REPLY TO OPPOSITION, AND ORDER THEREON.

SO STIPULATED:

SINGLETON LAW GROUP

Dated: 3-3-09, 2009   By: _____
Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiffs

KLEIN ZELMAN ROTHERMEL LLP

Dated: 3/3/09, 2009   By: _____
Richard B. Newman
Attorneys for Defendants

Dated: 3-3-09, 2009   IDELL & SEITEL LLP

By: _____
Richard J. Idell, Attorneys for Defendants

[PROPOSED] ORDER ON STIPULATION

The stipulation of the parties having come before the Court and good cause appearing therefore, it is hereby ordered that the hearing on Defendants' Motion to Dismiss is continued to March 26, 2009 at 2:00 p.m. Any Supplemental Opposition shall be filed by March 5, 2009 and any Reply shall be filed by March 12, 2009.

Dated: March 4, 2009

*IT IS SO ORDERED AS MODIFIED*
Judge William Alsup

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

This order does **not** approve any supplemental opposition itself. Any such filing must be accompanied by a request for leave to file setting forth good cause therefor.

Case No. C 08-04856 WHA

AMENDED AND FURTHER STIPULATION RE: HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(2) AND 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e) **AND REQUEST FOR ORDER CONTINUING DATE FOR HEARING FOR GOOD CAUSE AND SETTING NEW DATE FOR FILING OF REPLY TO OPPOSITION, AND, ORDER THEREON.**

# CERTIFICATE OF SERVICE

I am employed in the City and County of Manhattan, State of New York in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Klein Zelman Rothermel LLP, 485 Madison Avenue, New York, NY 10022.

On _____ I served the following document(s):

☒ by regular UNITED STATES MAIL by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Klein Zelman Rothermel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at New York, New York on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒ by ELECTRONIC MAIL. As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court'sCourt's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

The Singleton Law Group
Jason K. Singleton
Richard E. Grabowski
611 ""L"" Street, Suite A
Eureka, CA 95501

I certify and declare under penalty of perjury that the foregoing is true and correct, that I am employed in the office of an attorney qualified to practice in this court, and that I executed this declaration at New York, New York.

_____
Richard B. Newman

{00092578;1}

CERTIFICATE OF SERVICE

Case No. C 08-4856 WHA