RICHARD B. NEWMAN (#195191)
KLEIN ZELMAN ROTHERMEL LLP
485 Madison Avenue - 15th floor
New York, NY 10022
Telephone: 212-935-6020
Facsimile: 212-753-8101
*Attorneys for Defendants*

RICHARD IDELL (SBN 069033)
ORY SANDEL (SBN 233204)
IDELL & SEITEL, LLP
465 California Street, Suite 300
San Francisco, CA 94104
Phone: (415) 986-2400
Facsimile: (415) 392-9259
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>Plaintiffs,<br><br>vs.<br><br>CONSUMERBARGAINGIVEAWAYS, LLC, an Illinois Limited Liability Company, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM; CONSUMER REVIEW NETWORK, LLC, a Delaware limited liability company, dba CONSUMERREVIEWNETWORK.COM; DIRECTGIFTCARDPROMOTIONS, LLC, an Illinois limited liability company, dba LAPTOPREVIEWPANEL aka LAPTOPREVIEWPANEL.COM; and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 08-4856 WHA<br><br>[~~PROPOSED~~] ORDER GRANTING EX PARTE APPLICATION FOR ADMINISTRATIVE ORDER RE: CONTINUANCE OF MEDIATION<br><br>**Date**: April 27, 2009<br><br>**Place**: Courtroom 9<br><br>Hon. Judge William Alsup, Presiding |

The Court, having reviewed the ex parte application of Defendants CONSUMERBARGAINGIVEAWAYS, LLC, an Illinois Limited Liability Company, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM; CONSUMER REVIEW NETWORK, LLC, a Delaware limited liability company, dba CONSUMERREVIEWNETWORK.COM; and DIRECTGIFTCARDPROMOTIONS, LLC, an Illinois limited liability company, dba LAPTOPREVIEWPANEL aka LAPTOPREVIEWPANEL.COM (collectively "Defendants") for an Order extending the date by which mediation must be completed, and good cause appearing therefor, orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' ex parte application is GRANTED.

The time for completion of mediation in this matter is hereby extended by sixty (60) days, to and including June 29, 2009.

SO ORDERED.

Dated: April 23, 2009

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP, 465 California Street, Suite 300, San Francisco, California 94104.

On April 22, 2009, I served the following document(s):

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ADMINISTRATIVE ORDER RE: CONTINUANCE OF MEDIATION**

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

Jason K. Singleton
Richard E. Grabowski
Singleton Law Group
611 L Street, Suite A
Eureka, CA 95501
Telephone: (707) 441-1177
Facsimile: (707) 441-1533
Email: jason@singletonlawgroup.com
Email: rgrabowski@mckinleyville.net

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

Executed on April 22, 2009.

_____
Elise Stieren

PROOF OF SERVICE