1 Richard B. Newman (#195191)
Klein Zelman Rothermel LLP
2 485 Madison Avenue - 15th floor
3 New York, NY 10022
Telephone: 212-935-6020
4 Facsimile: 212-753-8101
*Attorneys for Defendants*
5

6 Richard Idell (SBN 069033)
Ory Sandel (SBN 233204)
7 Idell & Seitel, LLP
465 California Street, Suite 300
8 San Francisco, CA 94104
9 Phone: (415) 986-2400
Facsimile: (415) 392-9259
10 *Attorneys for Defendants*

11 Jason K. Singleton (SBN 166170)
12 Richard E. Grabowski (SBN 236207)
Singleton Law Group
13 611 "L" Street, Suite A
Eureka, CA 95501
14 Phone: (707) 441-1177
15 Facsimile: (707) 441-1533
*Attorneys for Plaintiffs*
16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19 ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br>21<br>22       Plaintiffs,<br>23  vs.<br>24 CONSUMERBARGAINGIVEAWAYS, LLC, an Illinois Limited Liability Company, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM;<br>26 CONSUMER REVIEW NETWORK, LLC, a | Case No. C 08-4856 WHA<br><br>**STIPULATION RE: HEARING DATE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND**<br><br>[~~PROPOSED~~] **ORDER THEREON**<br><br>Date: June 4, 2009<br>Time: 8:00 a.m.<br>Place: Courtroom 9<br>Hon. Judge William Alsup, Presiding |

Case No. C 08-04856 WHA

27
28        STIPULATION RE: HEARING DATE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND

| | |
|---|---|
| 1 | Delaware limited liability company, dba CONSUMERREVIEWNETWORK.COM; |
| 2 | DIRECTGIFTCARDPROMOTIONS, LLC, an Illinois limited liability company, dba |
| 3 | LAPTOPREVIEWPANEL aka LAPTOPREVIEWPANEL.COM; and DOES |
| 4 | ONE through FIFTY, inclusive, |
| 5 | Defendants. |

7   This Stipulation is entered into by and between Plaintiffs ASIS INTERNET SERVICES, a
8   California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba
9   FOGGY.NET (collectively "Plaintiffs"), on the one hand, and CONSUMERBARGAINGIVEAWAYS,
10  LLC, an Illinois limited liability company, dba OPINIONRESEARCHPANEL aka
11  OPINIONRESEARCHPANEL.COM; CONSUMER REVIEW NETWORK, LLC, a Delaware limited
12  liability company, dba CONSUMERREVIEWNETWORK.COM; and
13  DIRECTGIFTCARDPROMOTIONS, LLC, an Illinois limited liability company, dba
14  LAPTOPREVIEWPANEL aka LAPTOPREVIEWPANEL.COM (collectively "Defendants"), on the
15  other hand, pursuant to Rule 7-7(b) of the Local Rules of the United States District Court, Northern
16  District of California.

17  WHEREAS, on January 15, 2009, Defendants filed a motion to dismiss and for a more definite
18  statement pursuant to Rules 12(b) and 12(3) of the Federal Rules of Civil Procedure (the "Motion"); and

19  WHEREAS, on April 17, 2009, this Court granted the Motion in part and denied the Motion in
20  part; and

21  WHEREAS, the Court's April 17, 2009 Order gave Plaintiffs permission to move for leave to
22  amend by May 7, 2009; and

23  WHEREAS, on April 30, 2009, Plaintiffs filed their motion for leave to amend; and

24  WHEREAS, Plaintiffs' motion for leave to amend set a hearing date of June 4, 2009; and

25  WHEREAS, Defendants' counsel are unable to attend the hearing on Plaintiffs' motion for leave
26  to amend on June 4, 2009 due to a previously scheduled all-day mediation in another matter; and

Case No. C 08-04856 WHA

STIPULATION RE: HEARING DATE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND

WHEREAS, if approved by the Court, the parties have agreed to have the hearing date on Plaintiffs' motion for leave to amend continued to June 18, 2009 at 8:00 a.m.; and

WHEREAS, continuing the hearing on Plaintiffs' motion for leave to amend will not adversely affect any other dates in this case; and

WHEREAS, the Parties agree that the filing deadlines for any opposition and reply briefs shall run from the new hearing date of June 18, 2009;

NOW THEREFORE, the Parties jointly request that the Court continue the hearing date on Plaintiffs' motion for leave to amend from June 4, 2009 to June 18, 2009 and hereby stipulate as follows:

1. The hearing date on Plaintiffs' motion for leave to amend shall be continued to June 18, 2009 at 8:00 a.m.

2. The filing deadlines for any opposition and reply briefs shall run from the new hearing date of June 18, 2009:

   a. Any opposition by Defendants to Plaintiffs' motion for leave to amend shall be filed by May 28, 2009.

   b. Any reply by Plaintiffs in support of Plaintiffs' motion for leave to amend shall be filed by June 4, 2009.

3. Good cause exists for the requested Order.

4. Defendants shall file this stipulation with the Court for an Order thereon.

SO STIPULATED:

SINGLETON LAW GROUP

Dated: May 5, 2009        By: /s/ Richard E. Grabowski
                              Jason K. Singleton
                              Richard E. Grabowski
                              Attorneys for Plaintiffs

Case No. C 08-04856 WHA

STIPULATION RE: HEARING DATE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND

KLEIN ZELMAN ROTHERMEL LLP

Dated: _____, 2009    By: _____
                                    Richard B. Newman
                                    Attorneys for Defendants

                                IDELL & SEITEL, LLP

Dated: May 5th, 2009            By: _____
                                    Richard J. Idell
                                    Attorneys for Defendants

## [PROPOSED] ORDER ON STIPULATION

The stipulation of the parties having come before the Court and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. The hearing on Plaintiffs' motion for leave to amend is continued from June 4, 2009 to June 18, 2009 at 8:00 a.m.

2. The filing deadlines for any opposition and reply briefs shall run from the new hearing date of June 18, 2009:

    a. Any opposition by Defendants to Plaintiffs' motion for leave to amend shall be filed by May 28, 2009.

    b. Any reply by Plaintiffs in support of Plaintiffs' motion for leave to amend shall be filed by June 4, 2009.

SO ORDERED.

Dated: _____, 2009    _____
                                HONORABLE WILLIAM ALSUP
                                UNITED STATES DISTRICT COURT JUDGE
                                Case No. C 08-04856 WHA

STIPULATION RE: HEARING DATE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND

| | | | |
|---|---|---|---|
| | | | KLEIN ZELMAN ROTHERMEL LLP |
| Dated: 5/6 | , 2009 | By: | /s/ Richard B. Newman |
| | | | Richard B. Newman |
| | | | Attorneys for Defendants |

IDELL & SEITEL, LLP

Dated: _____, 2009    By: _____
                                    Richard J. Idell
                                    Attorneys for Defendants

# [~~PROPOSED~~] ORDER ON STIPULATION

The stipulation of the parties having come before the Court and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. The hearing on Plaintiffs' motion for leave to amend is continued from June 4, 2009 to June 18, 2009 at 8:00 a.m.

2. The filing deadlines for any opposition and reply briefs shall run from the new hearing date of June 18, 2009:

   a. Any opposition by Defendants to Plaintiffs' motion for leave to amend shall be filed by May 28, 2009.

   b. Any reply by Plaintiffs in support of Plaintiffs' motion for leave to amend shall be filed by June 4, 2009.

SO ORDERED.

Dated: May 7, 2009, 2009

IT IS SO ORDERED
/s/ Judge William Alsup

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE
Case No. C 08-04856 WHA

STIPULATION RE: HEARING DATE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP, 465 California Street, Suite 300, San Francisco, California 94104.

On May 6, 2009, I served the following document(s):

**STIPULATION RE: HEARING DATE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND; [PROPOSED] ORDER THEREON**

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

Jason K. Singleton
Richard E. Grabowski
Singleton Law Group
611 L Street, Suite A
Eureka, CA 95501
Telephone: (707) 441-1177
Facsimile: (707) 441-1533
Email: jason@singletonlawgroup.com
Email: rgrabowski@mckinleyville.net

Richard Newman, Esq.
Klein Zelman Rothermel, LLP
485 Madison Avenue
New York, NY 10022
Telephone: (212) 935-6020 ext. 249
Fax: (212) 753-8101
E-Mail: rnewman@kleinzelman.com

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

Executed on May 6, 2009.

_Elise Stieren_