IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, d/b/a KNEEL AND ENGINEERING, d/b/a FOGGY.NET,

    Plaintiff,

v.

CONSUMERBARGAINGIVEAWAYS, LLC, an Illinois Limited Liability Company, d/b/a OPINIONRESEARCHPANEL a/k/a OPINIONRESEARCHPANEL.COM, CONSUMER REVIEW NETWORK, LLC, a Delaware Limited Liability Company, d/b/a CONSUMERREVIEWNETWORK.COM, DIRECTGIFTCARDPROMOTIONS, LLC, an Illinois Limited Liability Company, d/b/a LAPTOPREVIEWPANEL, a/k/a LAPTOPREVIEWPANEL.COM, JEFF M. ZWEBEN, and DOES ONE through FIFTY, inclusive,

    Defendants.

No. C 08-04856 WHA

**ORDER RE MOTION FOR CERTIFICATION UNDER 28 U.S.C. 1292(b) AND APPLICATION TO STAY PROCEEDINGS**

The Court is in receipt of defendants' motion for certification under 28 U.S.C. 1292(b) and *ex parte* application for a stay of the proceedings pending a ruling thereon. The Court does not believe that the preemption issue defendants wish to appeal involves a substantial ground for difference of opinion. Therefore, both the motion for Section 1292(b) certification and the application for a stay are **DENIED**.

Dated: May 18, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE