IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES, a California
corporation, and JOEL HOUSEHOLTER,
d/b/a KNEEL AND ENGINEERING, d/b/a
FOGGY.NET,

    Plaintiffs,

  v.

CONSUMERBARGAINGIVEAWAYS, LLC,
an Illinois Limited Liability Company, d/b/a
OPINIONRESEARCHPANEL a/k/a
OPINIONRESEARCHPANEL.COM, CONSUMER
REVIEW NETWORK, LLC, a Delaware Limited
Liability Company, d/b/a
CONSUMERREVIEWNETWORK.COM,
DIRECTGIFTCARDPROMOTIONS, LLC, an Illinois
Limited Liability Company, d/b/a
LAPTOPREVIEWPANEL, a/k/a
LAPTOPREVIEWPANEL.COM, JEFF M. ZWEBEN,
and DOES ONE through FIFTY, inclusive,

    Defendants.
    /

No. C 08-04856 WHA

**ORDER GRANTING
MOTION FOR LEAVE TO
AMEND AS UNOPPOSED
AND VACATING HEARING**

In this action under California's law governing commercial email advertisements, an order dated April 17, 2009, granted in part and denied in part defendants' Rule 12 motion. Plaintiffs now move for leave to amend their pleading. Defendants agree to the filing of plaintiffs' proposed second amended complaint and have filed a statement of non-opposition so indicating. Plaintiffs' motion is hereby **GRANTED** as unopposed. Plaintiffs should file the second amended complaint with the Court within seven calendar days of this order. The hearing scheduled for June 18 is hereby **VACATED**.

Dated: June 9, 2009.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE