Richard B. Newman (#195191)
Klein Zelman Rothermel LLP
485 Madison Avenue - 15th floor
New York, NY  10022
Telephone:  212-935-6020
Facsimile:  212-753-8101
Email: rnewman@kleinzelman.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET, <br><br>    Plaintiffs, <br><br>vs. <br><br>CONSUMERBARGAINGIVEAWAYS, LLC, an Illinois Limited Liability Company, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM, CONSUMER REVIEW NETWORK, LLC, a Delaware Limited Liability Company, dba CONSUMERREVIEWNETWORK.COM, DIRECTGIFTCARDPROMOTIONS, LLC, an Illinois Limited Liability Company, dba LAPTOPREVIEWPANEL aka LAPTOPREVIEWPANEL.COM, and . DOES ONE through FIFTY, inclusive, <br><br>    Defendants. | Case No. C 08-4856 WHA <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE and (proposed) ORDER |

Plaintiff ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET and Defendants CONSUMERBARGAINGIVEAWAYS, LLC, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM, CONSUMER

{00095122;1}

REVIEW NETWORK, LLC, dba CONSUMERREVIEWNETWORK.COM, and DIRECTGIFTCARDPROMOTIONS, LLC, dba LAPTOPREVIEWPANEL aka LAPTOPREVIEWPANEL.COM (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action, with prejudice, each party to bear its own attorneys fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**KLEIN, ZELMAN & ROTHERMEL, LLP**

Dated: July 16, 2009         /s/ Richard B. Newman
                             Richard B. Newman
                             Attorneys for Defendants

**SINGLETON LAW GROUP**

Dated: July 16, 2009         /s/ Jason K. Singleton
                             Jason K. Singleton
                             Richard E. Grabowski
                             Attorneys for Plaintiffs

///

///

///

///

///

///

///

{00095122;1}

CASE C 08-4856 WHA

STIPULATION OF DISMISSAL/PROPOSED ORDER

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it hereby ORDERED:

1. The action <u>ASIS INTERNET SERVICES, et al. vs CONSUMERBARGAINGIVEAWAYS, LLC, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM, et al.</u>, Case Number C 08-4856 WHA, is dismissed with each party to bear its own attorneys fee and costs.

DATED: _____    _____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

{00095122;1}

CASE C 08-4856 WHA

STIPULATION OF DISMISSAL/PROPOSED ORDER