1  Richard B. Newman (#195191)
   Klein Zelman Rothermel LLP
2  485 Madison Avenue - 15th floor
3  New York, NY  10022
   Telephone:  212-935-6020
4  Facsimile:  212-753-8101
   Email: rnewman@kleinzelman.com
5
6  *Attorneys for Defendants*

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 ASIS INTERNET SERVICES, a California       )   Case No. C 08-4856 WHA
   corporation, and JOEL HOUSEHOLTER, dba     )
12 KNEELAND ENGINEERING, dba FOGGY.NET,       )
                                              )
13                 Plaintiffs,                )   STIPULATION OF DISMISSAL WITH
                                              )   PREJUDICE and (proposed) ORDER
14 vs.                                        )
                                              )
15 CONSUMERBARGAINGIVEAWAYS, LLC, an          )
16 Illinois Limited Liability Company, dba    )
   OPINIONRESEARCHPANEL aka                   )
17 OPINIONRESEARCHPANEL.COM, CONSUMER         )
18 REVIEW NETWORK, LLC, a Delaware Limited    )
   Liability Company, dba                     )
19 CONSUMERREVIEWNETWORK.COM,                 )
   DIRECTGIFTCARDPROMOTIONS, LLC, an          )
20 Illinois Limited Liability Company, dba    )
21 LAPTOPREVIEWPANEL aka                      )
   LAPTOPREVIEWPANEL.COM, and .               )
22 DOES ONE through FIFTY, inclusive,         )
                                              )
23                                            )
24                 Defendants.                )

25     Plaintiff ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba KNEELAND

26 ENGINEERING, dba FOGGY.NET and Defendants CONSUMERBARGAINGIVEAWAYS, LLC,
27
   dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM, CONSUMER
28
   {00095122;1}

                                          CASE C 08-4856 WHA
                   STIPULATION OF DISMISSAL/PROPOSED ORDER

REVIEW NETWORK, LLC, dba CONSUMERREVIEWNETWORK.COM, and DIRECTGIFTCARDPROMOTIONS, LLC, dba LAPTOPREVIEWPANEL aka LAPTOPREVIEWPANEL.COM (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action, with prejudice, each party to bear its own attorneys fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**KLEIN, ZELMAN & ROTHERMEL, LLP**

Dated: July 16, 2009          /s/ Richard B. Newman
                              Richard B. Newman
                              Attorneys for Defendants

**SINGLETON LAW GROUP**

Dated: July 16, 2009          /s/ Jason K. Singleton
                              Jason K. Singleton
                              Richard E. Grabowski
                              Attorneys for Plaintiffs

///
///
///
///
///
///
///

{00095122;1}

CASE C 08-4856 WHA

STIPULATION OF DISMISSAL/PROPOSED ORDER

# ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it hereby ORDERED:

1. The action <u>ASIS INTERNET SERVICES, et al. vs CONSUMERBARGAINGIVEAWAYS, LLC, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM, et al.</u>, Case Number C 08-4856 WHA, is dismissed with each party to bear its own attorneys fee and costs.

DATED: July 27, 2009

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge William Alsup* (seal: United States District Court, Northern District of California)

{00095122;1}

CASE C 08-4856 WHA

STIPULATION OF DISMISSAL/PROPOSED ORDER