Richard B. Newman (#195191)
Klein Zelman Rothermel LLP
485 Madison Avenue - 15th floor
New York, NY  10022
Telephone:  212-935-6020
Facsimile:  212-753-8101
Email: rnewman@kleinzelman.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>Plaintiffs,<br><br>vs.<br><br>CONSUMERBARGAINGIVEAWAYS, LLC, an Illinois Limited Liability Company, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM, CONSUMER REVIEW NETWORK, LLC, a Delaware Limited Liability Company, dba CONSUMERREVIEWNETWORK.COM, DIRECTGIFTCARDPROMOTIONS, LLC, an Illinois Limited Liability Company, dba LAPTOPREVIEWPANEL aka LAPTOPREVIEWPANEL.COM, and . DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 08-4856 WHA<br><br>**AMENDED** STIPULATION OF DISMISSAL WITH PREJUDICE and (~~proposed~~) ORDER |

Plaintiff ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET and Defendants CONSUMERBARGAINGIVEAWAYS, LLC, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM, CONSUMER REVIEW NETWORK, LLC, dba CONSUMERREVIEWNETWORK.COM, and DIRECTGIFTCARDPROMOTIONS, LLC, dba LAPTOPREVIEWPANEL aka

{00095122;1}

CASE C 08-4856 WHA

AMENDED STIPULATION OF DISMISSAL/PROPOSED ORDER

LAPTOPREVIEWPANEL.COM (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action, with prejudice, each party to bear its own attorneys fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**KLEIN, ZELMAN & ROTHERMEL, LLP**

Dated: August 7, 2009        /s/ Richard B. Newman
                             Richard B. Newman
                             Attorneys for Defendants

**SINGLETON LAW GROUP**

Dated: August 7, 2009        /s/ Jason K. Singleton
                             Jason K. Singleton
                             Richard E. Grabowski
                             Attorneys for Plaintiffs

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it hereby ORDERED:

1. The action <u>ASIS INTERNET SERVICES, et al. vs CONSUMERBARGAINGIVEAWAYS, LLC, dba OPINIONRESEARCHPANEL aka OPINIONRESEARCHPANEL.COM, et al.</u>, Case Number C 08-4856 WHA, is dismissed with prejudice, each party to bear its own attorneys fee and costs.

DATED: August 17, 2009

IT IS SO ORDERED
Judge William Alsup

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

{00095122;1}

CASE C 08-4856 WHA

AMENDED STIPULATION OF DISMISSAL/PROPOSED ORDER